IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BALBO, | No. C 08-0159 WHA (PR) |
|     Petitioner, | **ORDER OF TRANSFER** |
| vs. | |
| JAMES E. TILTON, Warden, et al., | |
|     Respondents. | |

    Petitioner opened this case by filing a document on the court's form for habeas corpus petitions. Despite the habeas form, petitioner says his claim goes to conditions of confinement; on the other hand, he also asks for release as a part of the relief requested. Whether the case is properly a habeas case or a civil rights case does not affect the outcome here, however, because whichever it is, it must be transferred to the United States District Court for the Eastern District of California.

    If the filing is treated as a habeas petition, venue is proper in the district of conviction or the district when the petitioner is confined. *See* 28 U.S.C. § 2241(d). The district of confinement is the preferable forum to review the execution of a sentence, however. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). If this is a habeas case, the claim is that conditions in the prison are so bad that petitioner should be released, which goes to execution of the sentence, so venue would preferably be in the Eastern District. If this is a civil rights case, venue also is in the Eastern District, because the defendants are to be

1  found there and the claims arose there. *See* 28 U.S.C. § 1391(b).

2  For these reasons, this case is **TRANSFERRED** to the United States District Court for the
3  Eastern District of California.

4  **IT IS SO ORDERED.**

6  Dated: January   17   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28  G:\PRO-SE\WHA\HC.08\balbo0159.trn.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J0HN M. BALBO,

        Plaintiff,

  v.

JAMES E. TILTON et al,

        Defendant.

Case Number: CV08-00159 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Michael Balbo
#P-65407/ E-1-143-Low
California Substance Abuse & Treatment
      Facility State Prison
PO Box 5242
Corcoran, CA 93212-5242

Dated: January 18, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk