John Michael BALBO # P-65407
C-SATF-State Prison
P.O. Box 5242
Corcoran, CA. 93212-5242
In pro se.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

John Michael BALBO,

    Plaintiff,

vs.

James E. Tilton, Secretary, CDCR, Ken Clark, Warden SATF State Prison, et al.,

    Defendants.

CASE NO. CV-08-0159 -WHA-

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, John Michael Balbo P-65407, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information: Impaired in each. Vision/Hearing/mobility

1. Are you presently employed? Yes ___ No X  ADA-Handicapped

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A    Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.) *I Believe Self*
4  *Employed As Auto Body Collision / Paint / Man-*
5  *Out, Because of my serious Bouts with*
6  *Lymphoma Non-Hodgkins Cancer, I was forced to*
7  2. Have you received, within the past twelve (12) months, any money *Retire.* from any of the
8  following sources:

9  a. Business, Profession or                              Yes ___ No X
10     self employment
11  b. Income from stocks, bonds,                          Yes ___ No X
12     or royalties?
13  c. Rent payments?                                       Yes ___ No X
14  d. Pensions, annuities, or                              Yes ___ No X
15     life insurance payments?
16  e. Federal or State welfare payments,                   Yes ___ No X
17     Social Security or other govern-
18     ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.  Are you married?                                    Yes ___ No X
24  Spouse's Full Name: *N/A She's Deceased - She was a*
25  Spouse's Place of Employment: *Court Clerk, then Became an Attorney*
26  Spouse's Monthly Salary, Wages of Income: *Mostly in Litigation - Corporate.*
27  Gross $_____ Net $_____
28  4. a. List amount you contribute to your spouse's support:$ _____

*I need Immediate Special Protective-orders of the Court. A.S.A.P.*

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

*All Children Are Grown Adults/And have inherited everything - my wife had, And I even had.*

5. Do you own or are you buying a home?  Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No _X_

Make _N/A_ Year _N/A_ Model _N/A_

Is it financed? Yes _N/A_ No _N/A_ If so, Total due: $ _N/A_

Monthly Payment: $ _N/A_

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _N/A_

Present balance(s): $ _N/A_

Do you own any cash? Yes _X_ No ___ Amount: $ *Very Small Amount - to keep me sustained for a year. At approximately $180.00 month. That's All we are allowed to spend Now.*

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ *180.00 mo./And Soap/Vitamins/Personal clothes/*

Charge Accounts: *Typewriter Ribbons $7.80 EA. x 5 A month.*

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| *Inmate/Personal Account I think?* | | |
| | $ | $ |
| | $ | $ |

*[Handwritten margin note, top:]* ...ate Acct. It could take 2 wks. I DON'T HAVE that kind of time to go without immediate court intervention. I need emergency action by the court.

*[Left margin, sideways:]* I was told by a corrections officer to send the attached papers to the trust-acct officer and they will mail to the court an accounting of my Inmate Acct.

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) **I owe my sister Diane - $5,750.00 / my Brother George $8,500.00, And my sister-in-law Nancy Costello $1,500.00.**

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes___ No **X** **As to RLUPA etc. issues.**

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. **Similar issues were filed - but are NOT yet formally-filed, And I want them consolidated into this action - I wish to withdraw the other action that began in this court - BALBO v. Tilton, Et. Al., Case No. CV-01715-LGO-GSA.**

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

**1-21-08** JMB                    *[signature]* P65407 JMB
DATE                                SIGNATURE OF APPLICANT

*[Handwritten continuation with arrow:]* which was sent out to Fresno - to a Magistrate Judge - whom I did NOT want - And I asked Respectfully to Decline A magistrate Being Assigned and mailed it to this court! The Respondent's more than likely opened my confidential legal mails w/out my consent - And Did NOT forward my processed confidential-legal mails to this court. Which has sabotaged my Rights to Access the courts - Therefore, further - over ↓

PRIS. APP. TO PROC. IN FORMA PAUPERIS   -4-

THIS is page-4-A.

Continue reads: Delaying, hampering, and/or interfering with Rights, State, Federal, Constitutional State & Federal Rights to access the courts, and redress conduct and actions taken against me — by Respondents.

Respondents wish to do some underhanded unlawful Judge Shopping — in order to buy their way out of their liability... which smacks of collusion and a part of the corruption — political and otherwise that Respondents enjoy because of their serious sizable clout — of Union that pressures everyone to bow down — I won't have it and I want pure justice. If it were one of the Respondent's elderly Handicapped family members who were Beaten & Raped, then it would be front page news for weeks at a time — T.V. And the Governor himself would have helped & held press conferences all about how horrible a crime — for an old cripple man to be beaten and raped. I need and want a very damn good attorney to fight back against this sort of criminal-conduct and the Respondent negligence and collusion-oppression.

So please help me! GOD Bless! [signature]

*[left margin:]* Are the courts also afraid of the power CDCR has? If so, then I am doomed to die unlawfully!

*[right margin:]* I want to be trans-ported to court, so that I can see me, speak to me — Directly — As I am!

**ORIGINAL FILED**
JAN 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)
WH

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CV 08    0159**

Dear Sir or Madam:

Your petition has been filed as civil case number _____.

[X] A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. __✓__ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

BALBO

*[Handwritten left margin, vertical:]* I Am Being Denied my constitutional court Rights And my Right to Access the courts And save myself from Dying At the Appraisals of the Respondents.

*[Handwritten top, vertical:]* That are being Ignored/neglected Because Respondents Remitory — That's of concuay-collusion!

*[Handwritten top, vertical:]* Separate Life or death Terminal illnesses. I have two or 3 —

*[Handwritten top:]* **Need Counsel A.S.A.P.!**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### INSTRUCTIONS FOR PRISONER'S IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's <u>In Forma Pauperis</u> Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A. <u>Non-habeas Civil Actions</u>

~~Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed <u>in forma pauperis</u>, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.~~

~~You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if <u>in forma pauperis</u> status is granted.~~

~~After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.~~

~~If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.~~

B. <u>Habeas Actions</u>     *[Handwritten:]* I Am filing Habeas corpus writ.

The filing fee for a habeas action is $5.00. If you are granted leave to proceed <u>in forma pauperis</u> you will not be required to pay any portion of this fee. If you are not granted leave to proceed <u>in forma pauperis</u> you must pay the fee in one payment and not in installments. If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.

*[Handwritten at bottom:]* I have Asked Dr. Len Bergantino to send the court the $5.00 fee. The Respondents — Have me in solitary confinement — I can't call, And some or All of my mail Legal or otherwise to Attorneys/ And Aclu/ NAACP, Etc. may not be getting there?

IFP APPLI.-PRISONER (Rev. 4/06)