*\* EMERGENCY Action is Requested*

*This is for Emergency Assignment of Counsel Life/Death situation*

| | |
|---|---|
| 1 | **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY** |
| 2 | Name **BALBO   JOHN   MICHAEL** |
| | (Last)      (First)      (Initial) |
| 3 | Prisoner Number **P-65407** |
| 4 | Institutional Address **C-SATF-STATE PRISON, STK 743 B5 242,** |
| 5 | **CORCORAN, CA. 93212-5242** |

FILED JAN 11 2008 WHA 530
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

orig. ct. copy (PR)

**John Michael BALBO**    CV 08    0159
(Enter the full name of plaintiff in this action.)

vs.    Case No. _____ WHA
(To be provided by the clerk of court)

**James E. Tilton, Secretary CDCR,**
**Ken Clark, Warden, C-SATF-State Prison,**
**John Does 1,2,3,4, Chief Dep. Warden, And**
**Associate Wardens C-SATF State Prison,**
**John & Jane Does 1,2,3,4,5 Captains,**
**And/or Lieutenants C-SATF State Prison,**
**John & Jane Does 1-15, Correctional Officers,**
**and/or Medical Doctors,**
(Enter the full name of respondent(s) or jailor in this action.)
**John & Jane Does 1-20, Contracters, et al.**

\* **PETITION FOR A WRIT OF HABEAS CORPUS - Emergency**
\* **Assignment of Counsel**
\* **Emergency Action is Requested. Petitioner PRAYS the immediate court intervention/Jurisdiction;**
\* **Motion for Temporary Restraining Order To Have All property immediately Returned/And direct Access to ADA computers**
\* **5-day a week At Least not less than 2½ hr Duration Escorted by C.O. officers to find Room**
\* **New facility Law Library services All photo copy free of charge will be**

Read Comments Carefully Before Filling In

When and Where to File \* **Unlawful Conditions of Confinement Due process violations/ etc.**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

-OVER-

-1-

(URGENT)

U.S. Dist. Ct. Judge and/or Court-
Clerk - 450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA. 94102-8680

RE: BALKO v. TILTON, et.al.,
on Habeas Corpus - CV-08-0159-
-WHA.

Dear Court Clerk:

I've just returned from my 2nd trip from psychiatric suicide prevention - strip-cell for observation. I am now in a 5-day observation cell - for psychiatric observation... Because of hostility and/or ideation of suicide because of my being beaten & raped, by some sexual predator the cops placed into my cell. I am mobility, hearing, and visually handicapped - ADA.

My access to law library on E-facility has been completely cut-off. I have no use of my own law books - the property officer: (Murberger) has refused to provide them to me. I've sent him 6-requests, and 6-times he has been exceedingly rude, and has said "yeah I got your request, and I used it to wipe my ass, I don't give a shit about courts or deadlines, maybe I'll get to you next

— 2 —

month, or the next, since you like to file lawsuits against cops asshole!" "Maybe some of your property will come up missing, or you might not get any of it." To say the least the guy is a real jerk. And he passed out over 20-guy's property, and left mine sitting on a dolly cart for 9-days in front of my last cell - E-1-143-Low. I have been in solitary confinement for the past 44-days - without sunshine and exercise. Without my active legal documents, and law books, nor my personal property, nor with a valid-constitutional lock-up CDCR 114 - lock up order. I was told by my counselors and case managers I would be single cell status - no cell mate. Because of the rape. (I was raped & beaten by a violent sexual predator who also rapes children, is a so called Crips gang banger, pimp, 9 times ex-offender - Alfredo Samuai Spann - aka "Lil-Sam." Whom guards - forced into my cell - E-5-129-L, with my objections - I reported it to warden Ken Clark via - an inmate grievance - 602 appeal. On or about - Dec. 7th or 8th 2007. Prior to my being beaten & raped by Spann.

I want the man prosecuted, and the guards

— 3 —

Are trying to do all they can to Hush it all up. Sweep it under the rug. I want to be seen by a medical doctor fully — by an <u>outside Hospital</u> and <u>qualified experts</u>. To see if SPANN has transmitted any kind of sexual diseases to me during the Rape.

I still have plenty of <u>severe pains</u>, daily in my lower and upper neck, severe Head aches, trouble w/ bowels, pains in my lower intestines, psychiatric problems, and the daily torment from various guards and inmates who joke and call me names because I am a victim of Rape. (To top it all off they still want to, and have placed inmates into my cell to furthermore oppress me, and cause me mental anguish and pain.

I have asked Dr. Lew Bersantino P.Hd. Tel. 310-207-9397 — W.L.A. / 1215 Brockton Ave. #104, to please pre-pay w/ money order $5.00 filing fees. (He will do so. if you call Him... And advise Him How to do it...?)

Thank you over

↓

— 4 —

I would like a Ct. order directing the Warden Ken Clark, to order his subordinates to immediately return the following personal property to me:

1. Very Good condition Zenith color T.V. 13" screen w/ operating speakers; w/ cables & wall attachments.

2. Sony-Dream Machine - AM/FM clock-radio alarm - cassette player.

3. All Active case files - U.S. Supreme Ct. Documents & papers; 1 cubic foot in Addition to 6-cubic foot Allowed... for each Active filed State or Federal case in my cell for exchange and use as needed. The remainder to be stored and kept confidential & safe.

4. To immediately replace the above-named appliances in very good working order & condition, as well as ONE electrical Hot pot - and Bowl to eat out of. With 40-additional pages of lined yellow paper & 40-postage stamps at 41¢ ea.

★ Free copy services of all legal documents, case laws, 3-extra writing pens per week, and/or the immediate return/or replacement of Brother ML 500 typewriter w/ 4 ribbons

—5—

(4-Ribbons)

Electronic [marginal note, underlined]

Weekly provided freely by the state/with lift-off correcting Ribbons & 4-pen ink. Or an immediate-Replacement by an office machine-Quality Typewriter which has the Same or Better functional Qualities to Be used-And-Borrowed until All my Legal work is completed and DONE on my Cases.

5. That any-All outgoing legal mails to courts, Attorneys, Media, Judges, Senators state or federal, Etc. Etc. permitted by Law... Be Logged and Entered and Inspected by someone Not Below the Rank of facility Lieutenant Sunday-thru-Thursdays, prior to 8:45 p.m. And Assure That it is Delivered to the Mail Room At SATF prison to Be Logged As Outgoing Legal Mail. That Respondents Cease & Desist opening & Reading withholding - Delaying All mail of Legal-confidential nature.

6. That I Be seen And Evaluated By Medical Rape-specialists/Medical Doctors, And Medical Nurses At A private Health Care facility. Along with psychological Assessment And Routine Weekly - Treatment by A Qualified State Mental Hospital Such as Patton State, or some kind of commitment to That kind of Hospital. (I Really Do Need Help!).

– 6 –

The Doctors and Nurses here absolutely are scared to death to say or do anything against their – co-workers – CDCR Guards in fear of Reprisals, Retaliations, and loss of Job. That's why I was never sent out to an outside hospital and no protocols were followed by the Respondends. After 4½ weeks you'd think I would been seen & treated by some medical doctors. I have complained to Dr. Enemah (sp?) Black, he listend to my chest, took my pulse, examined my left foot, and walked out! I told him – I've been beaten & raped, please help me? He ignored me...
The same with Dr. Lee, Dr. Norman, Dr. Sayini – Refused to even speak w/ me. Normally he's happy to meet & speak w/ me and help me with my medical needs. Now, that word has gotten out about my filing in court against them and being in the U.S. Supreme Ct. I'm like Hot LAVA, Nobody wants to see or help me!
I can't phone anyone – I'm <u>not</u> in solitary confinement <u>for Discipline or punishment or Rule violation</u>; but, for some over-exaggerated complaint – based upon the uncorroberated untested statements of

-7-

some - unqualified - unknown confidential informant... Which captain And/or the associate warden folks, (capt. Cuevas) said they want to return me to E-Facility yard. But, I'm here for an investigation of some kind? They even have my assailant housed close-by in a different cell. (Alfredo S. Spann) was housed in cell-214. E-1.) And I could see him staring at me routinely when I would come out for my shower. Twice - the guards - so - easily placed Spann in a holding cage - right next to me and Spann said "you know you are a deadman, no matter where they house you somebody is gonna get you-" Not one comment came from the 3-guards who sat there and heard him say that to me. No reports, no 115, no nothing!!! When I reported it to my case worker DR. prettypaul - He said: "oh what do you want me to do about that... so what, just forget about that." And DR. prettypaul, is Spann's case manager as well! What a conflict of interest that is! Why not appoint us both the same lawyer to both prosecute & defend!!! "Well how are you doing today mr. Spann? "Any thoughts of killing mr. Balbo?"

- 8 -

I Need Immediate psychiatric Mental Health Help. Patton State hospital is A Mental Health State Hospital. I Believe they Are seriously equipped to treat my mental Health Needs — I've Been committed there 3-or-4 times in the past for my In-competency-Assessments.. Along w/ treatment for my Bi-polar-Rapid-cycler Disfunction. I Need To spend 18-to-28 mos, As A commitment ordered by the ct. to deal w/All my Medical & Mental Needs. And I Do Need Counsel Appointed to over-see my commitment, And Act As A Liason to the court And the prosecutor in this case. As well As for other Advisement to protect my Legal Interests, And to Help keep CDCR out of control of my immediate custody & supervision so that I can obtain Qualified Immediate Treatment. Or the Obvious Alternative would Be to Release me from my Unlawful conditions of confinement, And I'll Go And Get my own private Healthcare & psychiatric treatment And obtain my own Attorneys, etc. (I'll have to Beg And Borrow the Best Attorneys to Help me.)

I can't Allow This Rape Thing to Go Away So That Spann Does other Children And Adults The Way he's Done me... Not will I Allow CDCR And its Responsible persons to

- 9 -

to get off scott free for violating many of my constitutional rights. No person(s) should be able to operate above- and beyond the laws, and/or act in concert and in collusion to do with others to deprive persons of their inherent rights and protections of the United States constitution, or any amendments thereof. To deprive me of my own legal tools - to redress wrongful and illegal administrative proceedures as well as my right to access the courts and to recieve timely - adequate - medical care and immediate treatment from daily pain, and only giving lip service, refusing to immediately send me to outside medical specialists, and refusing to immediately mail to the courts my confidential legal documents, provide some reciept in return, and open & reading, and returning to me my legal papers motions because Respondents refuse to follow their own rules, regulations, policies, because they chose to not follow the law, and insted break laws intended to protect prisoners from arbitrary and capricious acts, and willful oppression. (for instance one small writing pen issued weekly in the blue. Respondents refuse to issue

*Petitioner - cannot obtain any meaningful access to law library, or tools thereof.

-10-

A pen and/or 5 sheets of writing paper — but once a month if they so choose to, without any fear of supervisor's intervention to protect the inmates rights. This has become an ongoing abuse of unlawful powers by guards in Ad-Seg. ASU-1, or ASU-E-1-facility.

Petitioner will be unable to furthermore write to this court without specific clear immediate court orders being issued. This is his last pen, and he hasn't enough supplies to continue to write motions, and petitioner's law books, papers, pens, typewriter, and all other tools have been confiscated and he can't get to the E-fac. law library to use ADA equiptments.

I hereby declare that the foregoing is true and correct.

Executed on this 23d day of January 2008, at SATF State Prison, in Corcoran, California. 93212-5242

_John Balbo_
John Michael BALBO
Petitioner/Declarent
IN PRO SE
Ad-Seg-E-1-111-L.
1-23-08